UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MELVINA F. JORDAN

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).*

-against-

Dept. Veterans Affairs

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here. )*
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 04 2016   ★

LONG ISLAND OFFICE

COMPLAINT

Jury Trial:    Yes    No

CV 16 4361

BIANCO, J.

SHIELDS, M.J.

**I. Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
      identification number and the name and address of your current place of confinement. Do the same
      for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff:    Name MELVINA F. JORDAN
              Street Address 250 IRVING St.
              County, City CENTRAL ISLIP NY 11722
              State & Zip Code 11722
              Telephone Number NONE

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
      government agency, an organization, a corporation, or an individual. Include the address where
      each defendant may be served. Make sure that the defendant(s) listed below are identical to those
      contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1      Name _Dept. Veterans Affairs_
                     Street Address _79 Middleville Rd._
                     County, City _Northport, NY 11768_
                     State & Zip Code _11768_
                     Telephone Number _631-261-4400_

Defendant No. 2      Name _Joyce Feldman_
                     Street Address _79 Middleville Rd._
                     County, City _Northport, NY 11768_
                     State & Zip Code _11768_
                     Telephone Number _631-261-4400 ext 2250_

Defendant No. 3      Name _____
                     Street Address _____
                     County, City _____
                     State & Zip Code _____
                     Telephone Number _____

Defendant No. 4      Name _____
                     Street Address _____
                     County, City _____
                     State & Zip Code _____
                     Telephone Number _____

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions                    ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Request Removal of Bugs & Camera_ _from my place of residence_

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

2

### III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? *79 Middleville Rd. Northport NY 11768*

B.     What date and approximate time did the events giving rise to your claim(s) occur? *Aprox. 13 years.*

C.     Facts: *Was under tx. for Sleep apnea & plugs were placed. Was supposed to be under experiment of as a patient. Because I did not stay in term in a UNIT has been followed and harrassed by members of the facility.*

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

### IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Was threatened by my last supervisor, Joyce Feldman that I will die under torture.*

3

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _WILL DISCUSS IN COURT._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of _August_, 20_16_.

Signature of Plaintiff  _Melvin G. Jordan_

Mailing Address  _1250 IRVING ST._
_CENTRAL ISLIP, NY 11722_

Telephone Number

Fax Number *(if you have one)*

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

4